**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 62 EM 2019
:
Respondent :
:
:
:
v. :
:
:
:
DEMANUEL COLES, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2019, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file an allocatur petition within 30 days.